AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| MARK W. DOBRONSKI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  5:25-cv-13117 |
| TONY PACKO'S TOLEDO, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TONY PACKO'S TOLEDO, LLC                           .

Date:   10/24/2025

/s/ David M. Schultz
*Attorney's signature*

David M. Schultz, ARDC #6197596
*Printed name and bar number*
Hinshaw & Culbertson, LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606

*Address*

dschultz@hinshawlaw.com
*E-mail address*

(312) 704-3527
*Telephone number*

(312) 704-3001
*FAX number*