UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK W. DOBRONSKI, individually
and on behalf of all others similarly situated,

      Plaintiff,

v.

TONY PACKO'S TOLEDO, LLC,

      Defendants.

Case No. 25-13117
Hon. Robert J. White

| PERRONG LAW LLC<br>Andrew Roman Perrong<br>(PA Bar #333687)<br>Attorneys for Plaintiff<br>2657 Mount Carmel Ave.<br>Glenside, PA 19038<br>(215) 225-5529<br>a@perronglaw.com | STARR BUTLER, PLLC<br>Ryan J. Koss (P79893)<br>Zeth D. Hearld (P79725)<br>Attorneys for Defendant<br>20700 Civic Center Dr., Ste. 290<br>Southfield, MI 48076<br>(248) 554-2700<br>rkoss@starrbutler.com<br>zhearld@starrbutler.com |
|---|---|

## **APPEARANCE**

Please enter the Appearance of Ryan J. Koss of Starr Butler, PLLC, as counsel for and on behalf of the above-named Defendant, Tony Packo's Toledo, LLC, in the within cause of action.

{00143152.DOCX}

          Respectfully submitted,

          STARR BUTLER, PLLC

          By:   /s/ Ryan J. Koss
                 Ryan J. Koss (P79893)
                 Zeth D. Hearld (P79725)
                 Attorneys for Defendant
                 20700 Civic Center Dr., Ste. 290
                 Southfield, MI  48076
                 (248) 554-2700
                 rkoss@starrbutler.com
                 zhearld@starrbutler.com

Dated:  October 28, 2025

### CERTIFICATE OF SERVICE

The undersigned says that on October 28, 2025, she has caused to be served a copy of **Appearance and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

                                      /s/ Kiersten Plane

3

{00143152.DOCX}