UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK W. DOBRONSKI, individually
and on behalf of all others similarly situated,

      Plaintiff,                             Case No. 25-13117
                                                   Hon. Robert J. White

v.

TONY PACKO'S TOLEDO, LLC,

      Defendants.

| PERRONG LAW LLC | STARR BUTLER, PLLC |
|---|---|
| Andrew Roman Perrong | Ryan J. Koss (P79893) |
| (PA Bar #333687) | Zeth D. Hearld (P79725) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2657 Mount Carmel Ave. | 20700 Civic Center Dr., Ste. 290 |
| Glenside, PA  19038 | Southfield, MI  48076 |
| (215) 225-5529 | (248) 554-2700 |
| a@perronglaw.com | rkoss@starrbutler.com |
| | zhearld@starrbutler.com |

## **APPEARANCE**

Please enter the Appearance of Zeth D. Hearld of Starr Butler, PLLC, as counsel for and on behalf of the above-named Defendant, Tony Packo's Toledo, LLC, in the within cause of action.

{00143153.DOCX}

        Respectfully submitted,

        STARR BUTLER, PLLC

        By:   <u>/s/ Zeth D. Hearld</u>
                Ryan J. Koss (P79893)
                Zeth D. Hearld (P79725)
                Attorneys for Defendant
                20700 Civic Center Dr., Ste. 290
                Southfield, MI  48076
                (248) 554-2700
                rkoss@starrbutler.com
                zhearld@starrbutler.com

Dated:  October 28, 2025

**CERTIFICATE OF SERVICE**

The undersigned says that on October 28, 2025, she has caused to be served a copy of **Appearance and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

                <u>/s/ Kiersten Plane</u>

3

{00143153.DOCX} 3