UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>    Plaintiff,<br><br>v.<br><br>TONY PACKO'S TOLEDO, LLC,<br><br>    Defendant. | Case No. 25-cv-13117<br><br>Honorable Robert J. White |

**STIPULATED ORDER REGARDING RESPONSIVE PLEADING**

Defendant Tony Packo's Toledo, LLC's, ("Defendant") deadline to Answer or otherwise respond to Plaintiff's Complaint is October 29, 2025. The parties have since agreed that Defendant can file an Answer or otherwise respond by November 19, 2025.

Therefore, and based on the foregoing, the Parties to this matter hereby consent and stipulate to entering the following Order:

IT IS HEREBY ORDERED that Defendant must file an Answer or otherwise respond to the Complaint no later than November 19, 2025.

This is not a final order and does not dismiss the case.

SO ORDERED.

Dated: October 30, 2025            s/Robert J. White
                                                     Robert J. White
                                                     United States District Judge

**STIPULATED TO:**

| /s/ Andrew Roman Perrong (w/ consent) | /s/ Zeth D. Hearld |
|---|---|
| Andrew Roman Perrong | Ryan J. Koss (P79893) |
| (PA Bar #333687) | Zeth D. Hearld (P79725) |
| Attorney for Plaintiff | Attorneys for Defendant |