# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MARK W. DOBRONSKI, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

TONY PACKO'S TOLEDO, LLC,

        Defendant.

Case #. 5:25-cv-13117

Judge Robert J. White

Magistrate Judge Anthony P. Patti

## DECLARATION OF

On this day, November, 2025, I, **Lindsey Bond**, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true and correct:

1. My name is **Lindsey Bond**. I am over the age of 18 and am otherwise competent to make this Declaration.

2. I have been an employee of Tony Packo's Toledo, LLC ("Tony Packo's) since **April 29, 2013**.

3. My current position with Tony Packo's is **Executive Director**.

4. I make this Declaration from my own personal knowledge of the matters set forth herein, or on information and belief based upon my review of the business records of Tony Packo's which records were made by, or from information

1093124\327032393.v1

transmitted by, a person with knowledge of the events described therein, at or near the time of the event described, and which are kept in the ordinary course of the regularly conducted business activity of such person and Tony Packo's, and for which it is the regular practice of that business activity to make such records. I am familiar with Tony Packo's record keeping systems. Tony Packo's regularly relies upon records of this type for their accuracy.

5. Tony Packo's records indicate that Mark Dobronski signed up for a loyalty account with Tony Packo's on or about August 10, 2017, providing a phone number of 734-641-2300 and email address of mdobronski@abrailroad.com.

Executed this 18th day of November, 2025.

*Lindsey Bond*