UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK DOBRONSKI,<br><br>　　Plaintiff,<br><br>v.<br><br>TONY PACKO'S TOLEDO, LLC,<br><br>　　Defendant. | Case No. 25-cv-13117<br><br>Honorable Robert J. White |

**STIPULATED ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS**

　　This Stipulation having come before the Court upon the parties' agreement that Plaintiff, Mark Dobronski, shall have an extension to and including December 17, 2025, to respond to the Defendant's Motion to Dismiss, and that Defendant shall have an extension to and including January 8, 2026, to file a reply;

　　IT IS HEREBY ORDERED that Plaintiff shall have an extension to respond to the Motion to Dismiss to and including December 17, 2025 and the Defendant to file a reply up to and including January 8, 2026.

　　SO ORDERED.

Dated: November 25, 2025　　　　　　　s/Robert J. White
　　　　　　　　　　　　　　　　　　　Robert J. White
　　　　　　　　　　　　　　　　　　　United States District Judge

**STIPULATED TO:**

**PERRONG LAW LLC**

| | |
|---|---|
| By: /s/Andrew Roman Perrong<br>      Andrew Roman Perrong<br>Attorney for Plaintiff<br>2657 Mt. Carmel Avenue<br>Glenside, PA 19038<br>Phone: (215) 225-5529<br>Fax: (888) 329-0305<br>Email: a@perronglaw.com | /s/ Jennifer W. Weller<br>Jennifer W. Weller<br>Attorney for Defendant<br><br>David M. Schultz<br>Jennifer W. Weller<br>Hinshaw & Culbertson LLP<br>151 N. Franklin St. Suite 2500<br>Chicago, IL 60606<br>Tel:     312-704-3000<br>Email:dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com<br><br>Ryan J. Koss<br>Zeth D. Hearld<br>Starr, Butler, Alexopoulos & Stoner, PLLC<br>20700 Civic Center Drive<br>Suite 290<br>Southfield, MI 48076<br>248-554-2700<br>Email: rkoss@starrbutler.com<br>zhearld@starrbutler.com |