UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK W. DOBRONSKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TONY PACKO'S TOLEDO, LLC,<br><br>    Defendant.<br>_____/ | Case No. 2:25-cv-13117-RJW-APP<br><br>Hon. Robert J. White<br><br>Magistrate Judge Anthony P. Patti |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

                                                Respectfully Submitted,

                                                BLACKMORE LAW PLC

                                                /s/ George T. Blackmore
                                                By: George T. Blackmore (P76942)
                                                1100 Owendale Drive
                                                Suite M
                                                Troy, MI 48083
                                                Phone: (888) 835-2993
                                                george@blackmore.law
                                                *Local Counsel for Plaintiff and the proposed class*

Dated: December 1, 2025

## CERTIFICATE OF SERVICE

I certify that on December 1, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore
George T. Blackmore