UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK W. DOBRONSKI, individually and on behalf all others similarly situated, | CLASS ACTION<br>Case No. 2:25-cv-13117-RJW-APP<br>District Judge Robert J. White |
| Plaintiff, | Mag. Judge Anthony Patti |
| v. | |
| TONY PACKO'S TOLEDO, LLC,<br>    Defendant. | |

**DECLARATION OF MARK W. DOBRONSKI**

1. My name is Mark W. Dobronski. I am over 18 years old. I can testify competently to the undersigned statements.

2. My telephone number 734-XXX-XXXX is on the National Do-Not-Call Registry and has been since I placed it there in 2003.

3. I am the user of 734-XXX-XXXX.

4. I pay the bill for 734-XXX-XXXX.

5. This number is used for personal, family, and household purposes. I do not use it for business purposes or business use at all.

6. I have not used the number for business purposes or business use since at least early 2022.

7. I previously owned a railroad, the Adrian & Blissfield Rail Road Company.



8. This telephone number was previously the telephone number for the railroad's police department.

9. However, on August 9, 2021, I sold the railroad and retired.

10. As such, I returned the number to my own personal use in early 2022.

11. It has thus remained since that time, and I use it to communicate with friends, family, and acquaintances.

12. The telephone number rings to a telephone located in my house.

13. As I have retired from the railroad and no longer own it, I no longer hold the number at issue here out to the public as a business telephone number, including for Adrian & Blissfield Rail Road Company, and have not done so since at least early 2022.

14. The telephone number is no longer listed on Adrian & Blissfield's website, and its telephone numbers have changed.

15. This number is assigned to a telephone service for consumers, not businesses, and I pay the bill out of my personal accounts, and not out of any business bank account.

16. To be clear, I do nothing to precipitate the illegal calls and messages which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive.



17. I was harmed by the Defendants' calls. I was deprived of legitimate use of network resources, bandwidth, power, and storage space and my privacy was improperly invaded. Additionally, my statutory rights as recognized by the TCPA were violated. Illegal calls are frustrating, obnoxious, and annoying. They are a nuisance and disturbed my solitude.

18. My number is on the Do-Not-Call Registry, and I did not provide any consent for anyone to send the calls at issue to me.

19. I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendants without their consent.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December 2025, in the United States of America,



Mark W. Dobronski