# Exhibit A

BCS/CD-2500 (07/03)   **MICHIGAN DEPARTMENT OF CONSUMER & INDUSTRY SERVICES**
**BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION**
**2003 PROFIT CORPORATION INFORMATION UPDATE**



☐ To certify there are no changes from your previous filing check this box and proceed to Item 6. If the resident agent and/or registered office has changed complete Items 1-6. If only officer and director information has changed complete Items 4-6.

**FOR BUREAU USE ONLY**

| Identification Number | Corporation name | |
|---|---|---|
| **242424** | TELETECH, INC. | FILED BY DEPARTMENT SEP 2 4 2004 |

Resident agent name and mailing address of the registered office

FINKEL WHITEFIELD SELIK RAYMOND ET AL
32300 NORTHWESTERN HWY STE 200
FARMINGTON HILLS MI 483341567

```
Tran Info:2  9701069-1  08/09/04
Chk#:   73266    Amt: $75.00
ID:     242424
```

The address of the registered office
32300 NORTHWESTERN HWY STE 200
FARMINGTON HILLS MI 483341567

---

1. Mailing address of registered office in Michigan (may be a P.O. Box)
P.O. Box 85567
Westland, Michigan 48185-0567

2. Resident Agent
Keith Johnson

3. The address of the registered office in Michigan (a P.O. Box may not be designated as the address of the registered office)
38235 N. Executive Drive
Westland, Michigan 48185-1971

4. Describe the general nature and kind of business in which the corporation is engaged:
Telecommunications Technical Services

5.

| | NAME | BUSINESS OR RESIDENCE ADDRESS | |
|---|---|---|---|
| President (Required) | Clifford T. Bengis | 8669 E. San Alberto Drive, Suite 102 | Scottsdale, AZ 85258 |
| VP if different than President — Secretary (Required) | Mark W. Dobronski | 8669 E. San Alberto Drive, Suite 102 | Scottsdale, AZ 85258 |
| Treasurer (Required) | Clifford T. Bengis | 8669 E. San Alberto Drive, Suite 102 | Scottsdale, AZ 85258 |
| Vice-President | Keith Johnson | 38235 Executive Drive | Westland, MI 48185 |
| Director (If different than Officers) | Susan K. Dobronski | P.O. Box 4516 | Scottsdale, AZ 85261 |
| Director | John M. Carpenter | P.O. Box 4221 | Scottsdale, AZ 85261 |
| Director | Vicki L. Mascia | 38235 Executive Drive | Westland, MI 48185 |

6. Signature of authorized officer or agent: *Keith Johnson* (signed)
Title: Vice President
Date: May 15, 2003
Phone (Optional): (734) 641-2300

This report must be filed on or before May 15, 2003.
Filing fee is $15.00. Fee increases to $25 Oct. 1, 2003.
If submitted after September 30, 2003, total fee is $75.00.
($25 filing fee, plus $50 late penalty)

Please make your check or money order payable to the State of Michigan.
Return to:   Michigan Department of Consumer & Industry Services
             Bureau of Commercial Services, Corporation Division
             P.O. Box 30702
             Lansing, MI 48909-8202
             (517) 241-6470

If more space is needed additional pages may be included. Do not staple any items to report. This report is required by Section 911, Act 284, Public Acts of 1972, as amended. Failure to file this report may result in the dissolution of the corporation. Late filing may result in penalty fees.