# Exhibit B

1/13/26, 2:53 PM
ULS License - Industrial/Business Pool, Conventional License - WNDQ204 - TELETECH, INC.

Case 2:25-cv-13117-RJW-APP ECF No. 14-2, PageID.157 Filed 01/15/26 Page 2 of 3

ULS License

# Industrial/Business Pool, Conventional License - WNDQ204 - TELETECH, INC.

| | | | |
|---|---|---|---|
| Call Sign | WNDQ204 | Radio Service | IG - Industrial/Business Pool, Conventional |
| Status | Expired | Auth Type | Demonstration |

**Dates**

| | | | |
|---|---|---|---|
| Grant | 02/14/2001 | Expiration | 11/23/2010 |
| Effective | 11/29/2003 | Cancellation | 01/29/2011 |

**Control Points**

| | |
|---|---|
| 1 | 38235 EXECUTIVE DR, WESTLAND, MI P: (734)641-2300 |

**Licensee**

| | | | |
|---|---|---|---|
| FRN | 0002758902 | Type | Corporation |

**Licensee**

TELETECH, INC.  
P.O. Box 85567  
WESTLAND, MI 48185-0567

P:(734)641-2300  
F:(734)641-2323  
E:MarkDobronski@teletech-inc.com

**Contact**

TELETECH, INC.  
MARK W DOBRONSKI  
P.O. Box 85567  
WESTLAND, MI 48185-0567

P:(734)641-2300  
F:(734)641-2323  
E:MarkDobronski@teletech-inc.com

**Land Mobile Data**

| | |
|---|---|
| Extended Implementation (Slow Growth) | Assoc.Call Signs |

**Eligibility**

90.75A1 - Demonstration

**Ownership and Qualifications**

| | | | |
|---|---|---|---|
| Radio Service Type | Mobile | | |
| Regulatory Status | Private Comm | Interconnected | No |

**Alien Ownership**

Is the applicant a foreign government or the representative of any foreign government?

Is the applicant an alien or the representative of an alien?

Is the applicant a corporation organized under the laws of any foreign government?

Is the applicant a corporation of which more than one-fifth of the capital stock is owned of record or voted by aliens or their

representatives or by a foreign government or representative thereof or by any corporation organized under the laws of a foreign country?

Is the applicant directly or indirectly controlled by any other corporation of which more than one-fourth of the capital stock is owned of record or voted by aliens, their representatives, or by a foreign government or representative thereof, or by any corporation organized under the laws of a foreign country?

The Alien Ruling question is not answered.

## Basic Qualifications
The Applicant answered "No" to each of the Basic Qualification questions.

**Demographics**

Race

Ethnicity                                              Sex