**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK W. DOBRONSKI, individually and on
behalf of all others similarly situated,

          Plaintiff,

v.

TONY PACKO'S TOLEDO, LLC,

          Defendant.

Case No.  2:25-cv-13117

Judge Robert J. White

Magistrate Judge Anthony Patti

---

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

---

Defendant, Tony Packo's Toledo, LLC, by and through its attorneys, and in support of its argument for dismissal under Rule 12(b)(6) hereby provides notice of the following recent authorities that hold that a text message is not a "telephone call" pursuant to Section 227(c)(5) of the TCPA:

*James v. Smarter Contact, Inc.*, No. 8:25-cv-1657-KKM-SPF, 2026 U.S.Dist. LEXIS 68492 at *12 (M.D.Fla. Mar. 31, 2026)(Attached as Exhibit A);

*Richards v. Fashion Nova, LLC*, No. 1:25-cv-01145-TWP-MKK, 2026 U.S. Dist. LEXIS 65696 at *13 (S.D.Ind. Mar. 26, 2026)(Attached as Exhibit B);

*Richards v. Shein Distrib. Corp.*, No. 1:25-cv-01385-TWP-TAB, 2026 U.S. Dist. LEXIS 65697 at *13 (S.D.Ind. Mar. 26, 2026)(Attached as Exhibit C);;

*Stockdale v. Skymount Prop. Grp., LLC*, No. 1:25 CV 1282, 2026 U.S. Dist. LEXIS 42954 at *5 (N.D.Ohio Mar. 3, 2026)(Attached as Exhibit D);

*Lopresti v. Nouveau Essentials Mktg. LLC*, No. 5:25-cv-00282-CEM-PRL, 2026 U.S.Dist. LEXIS 39599 at *12 (M.D.Fla. Feb. 26, 2026)(Report and Recommendation)(Attached as Exhibit E);

*Radvansky v. 1-800-Flowers.com, Inc.*, No. 1:25-cv-2811-TWT, 2026 U.S.Dist. LEXIS 32415 at \*14 (N.D.Ga. Feb. 17, 2026)(Attached as Exhibit F);

*Radvansky v. Kendo Holdings, Inc.*, No. 3:23-cv-00214-LMM, 2026 U.S.Dist. LEXIS 65154 at \*6 (N.D.Ga. Feb. 12, 2026)(Attached as Exhibit G);

In so providing notice, Defendant acknowledges that there is a split of authority on this issue and that there are other recent contrary decisions.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/*Jennifer Weller*
Jennifer Weller

Ryan J. Koss
Zeth D. Hearld
Starr, Butler, Alexopoulos & Stoner, PLLC
20700 Civic Center Drive, Suite 290
Southfield, MI 48076
248-554-2700
rkoss@starrbutler.com
zhearld@starrbutler.com

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
151 N. Franklin St. Suite 2500
Chicago, IL 60606
Tel:    312-704-3000
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

1093124\328863259.v1