UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>Plaintiff,<br><br>v.<br><br>TONY PACKO'S TOLEDO, LLC,<br><br>Defendant. | Case No. 25-cv-13117<br><br>Honorable Robert J. White |

# JUDGMENT

The Court has dismissed Plaintiff's claims with prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for Defendant and against Plaintiff. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal
Deputy Clerk

October 2, 2026

Approved: s/Robert J. White
Robert J. White
United States District Judge